**Dismissed and Opinion Filed January 23, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-00017-CV
### No. 05-17-00018-CV

---

### IN RE SENRICK SHERN WILKERSON, Relator

---

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183 and F10-01184**

---

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Schenck
Opinion by Justice Bridges

Before the Court is relator's January 4, 2017 petition for writ of mandamus and January 9, 2017 amended petition for writ of mandamus. In this original proceeding, relator complains that the district clerk has not filed certain motions and will not respond to the motions. He asks this Court to direct the district clerk to transmit a file-stamped copy of each motion and any responses to this Court.

We do not have mandamus jurisdiction over a district clerk unless the clerk is interfering with our appellate jurisdiction. TEX. GOV'T CODE § 22.221(a)-(b) (West 2004) (court of appeals may only issue writ of mandamus against district and county judges or as necessary to enforce jurisdiction of appellate court); *In re Wilkerson*, 05-16-00322-CV, 2016 WL 1320815, at *1 (Tex. App.—Dallas Apr. 5, 2016, orig. proceeding) (citing *In re Simpson*, 997 S.W.2d 939, 939

(Tex. App.—Waco 1999, orig. proceeding)).  No appeal is pending and our jurisdiction is not in jeopardy here.  Accordingly, we dismiss these original proceedings for want of jurisdiction.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE


170017F.P05